Brandon Elliott Beck, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, Lara Wynn, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Geronimo Cruz pleaded guilty to illegally reentering the United States and received a 33-month prison sentence to be followed by three years of supervised release. On appeal, Cruz argues that the district court violated his right to due process by imposing a prison term greater than the two-year maximum sentence authorized under 8 U.S.C. § 1326(a) because his indictment did not allege that he had a prior conviction permitting a higher sentence under § 1326(b).

The Government has filed an unopposed motion for summary affirmance, asserting that *Almendarez-Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), forecloses Cruz's argument. Cruz concedes that his argument is foreclosed and explains that he raises it only to preserve it for further review; thus, summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, the Government's motion for summary affirmance is GRANTED. The judgment is AFFIRMED. The Government's alternative motion for an extension of time to file a brief is DENIED.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Lindsey EWING, Defendant-Appellant**

No. 17-10099
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed September 21, 2017

---

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, Erin Brennan, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Lindsey Ewing raises arguments that are foreclosed by *United States v. Alcantar*, 733 F.3d 143, 145-46 (5th Cir. 2013), and *United States v. Trejo*, 610 F.3d 308, 312-13 (5th Cir. 2010). In *Alcantar*, we rejected the argument that *Nat'l Fed'n of Indep. Bus. v. Sebelius*, 567 U.S. 519, 132 S.Ct. 2566, 183 L.Ed.2d 450 (2012), affected our prior jurisprudence rejecting challenges to the constitutionality of 18 U.S.C. § 922(g)(1). *Alcantar*, 733 F.3d at 146. In *Trejo*, we applied the plain error standard to a factual sufficiency claim that was raised for the first time in this court. *Trejo*, 610 F.3d at 313. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for extension of time is DENIED, and the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.